MARY FRANZ v. FRIEDA NIGRI.— Motion denied and stay vacated. Present — Finch, McAvoy, Martin and O'Malley, JJ.

MARY KAVALENKA v. JOSEPH CUSHMAN and Another.— Motion granted. Present — Finch, McAvoy, Martin and O'Malley, JJ.

DUFFY-MOTT COMPANY, INC., v. CHARLES F. HOLLWEDEL and Others.— Motion granted. Present — Finch, McAvoy, Martin and O'Malley, JJ.

ADELE M. FEIBER v. EDWARD COPELAND.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

HARRY RITTNER and Another v. LOUIS M. KOMMEL and Another, Impleaded, etc.— Motion granted in so far as to extend the time of defendants Louis M. Kommel and David Needleman to answer the amended complaint until five days after service of order to be entered upon determination of appeal. Present — Finch, McAvoy, Martin and O'Malley, JJ.

MAX LEVINE v. MAX MITTMAN.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, McAvoy, Martin and O'Malley, JJ.

JOHN M. RIEHLE, as Receiver, etc., v. AUGUST JANSSEN and Others. WILLIAM BOARDMAN, Appellant; MYRON SULZBERGER and Others, as Executors, etc., of LEON C. WEINSTOCK, Deceased.— Motion denied without prejudice to an application at Special Term for an order of substitution. (See *Campbell* v. *Friedlander*, 51 App. Div. 191.) Present — Finch, McAvoy, Martin and O'Malley, JJ.

PAULINE SCHNEIDER v. NEWS SYNDICATE CO., INC.— Motion denied. Present — Finch, McAvoy, Martin and O'Malley, JJ.

FOX CHASE KNITTING MILLS, INC., v. SOLOMON HANDAL and Others, Impleaded with JACOB HANDAL and Another.— Motion granted. Present — Finch, McAvoy, Martin and O'Malley, JJ.

THE SEVEN FIFTY-TWO MELROSE AVENUE AMUSEMENT CORPORATION v. SAM KAPLAN and Others.— Motion granted. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of MAX STEINBERG, an Attorney.— Reference ordered to Hon. John M. Tierney, official referee. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of JOHN J. TULLMAN, an Attorney, Having Been Admitted under the Name of JACOB TULLMAN.— Reference ordered to Hon. John M. Tierney, official referee. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of MYRON S. YOCHELSON, an Attorney.— Reference ordered to Hon. Vernon M. Davis, official referee. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of ALEXANDER CUMMING, an Attorney.— Motion granted. Settle order on notice. Present — Finch, McAvoy, Martin and O'Malley, JJ.

NATIONAL SURETY COMPANY v. IRVING BANK-COLUMBIA TRUST COMPANY and Others.— Motion to dismiss appeals granted, with ten dollars costs, unless appellants the New York Trust Company and the Bowery Bank of New York procure the proposed record on appeal to be served on the attorney for the respondent on or before February 24, 1931. Present — Finch, McAvoy, Martin and O'Malley, JJ.